# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW JERSEY BUILDING LABORERS' STATEWIDE FUNDS, and the TRUSTEES THEREOF, <br><br> Plaintiff, <br><br> v. <br><br> SANDORA & SPINA, et al., <br><br> Defendants. | Civil Action No. 07-4414 (JAG) <br><br> **ORDER** |

**GREENAWAY, JR., U.S.D.J.**

This matter comes before this Court on the cross-motion (Docket Entry No. 38) of respondent, Perfect Concrete Cutting ("Perfect Concrete"), to vacate an arbitration award and the motion of petitioner, New Jersey Building Laborers' Statewide Benefit Funds and the Trustees Thereof (the "Funds") (Docket Entry No. 39), seeking to confirm an arbitration award.[1] Therefore, this Court, having considered the submissions of the parties, and for good cause appearing,

IT IS, this 30th day of December, 2008,

ORDERED that the cross-motion to vacate the arbitration award (Docket Entry No. 38) is DENIED without prejudice; and it is further

ORDERED that the motion to confirm the arbitration award (Docket Entry No. 39) is

---

[1] By order dated October 29, 2007, this Court had confirmed the arbitration award. Upon Perfect Concrete's request, this Court vacated that order in open court on March 6, 2008.

DENIED without prejudice; and it is further

ORDERED that the parties shall appear for a conference before this Court at 10:00 a.m. on January 20, 2009 in Courtroom 3; and it is further

ORDERED that a copy of this Order be served on all parties within seven (7) days of the date of entry of this Order.

 S/Joseph A. Greenaway, Jr.
JOSEPH A. GREENAWAY, JR., U.S.D.J.